DEBRA ANNE KARP v. UNIVERSITY OF NORTH CAROLINA

No. 80PA88

(Filed 3 November 1988)

REVIEW on writ of certiorari of the decision of the Court of Appeals, 88 N.C. App. 282, 362 S.E. 2d 825 (1987), which affirmed the order of the North Carolina Industrial Commission dated 25 November 1986. Heard in the Supreme Court 10 October 1988.

*Coleman, Bernholz, Dickerson, Bernholz, Gledhill & Hargrave, by G. Nicholas Herman, for plaintiff appellee.*

*Lacy H. Thornburg, Attorney General, by Steve Nimocks, Special Deputy Attorney General, and Victor H. E. Morgan, Assistant Attorney General, for defendant appellant.*

PER CURIAM.

Affirmed.